AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
October 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AB_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Enrique Antonio LOPEZ-Perez<br>aka: Alfonso ESPINOZA-Munoz<br>XXX XXX 671<br>*Defendant(s)* | )<br>)<br>)  Case No. **SA:25-MJ-1501**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 4th, 2025** in the county of **Bexar** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry<br><br>Penalties: Maximum Penalties: 10 years confinement, $250,000 Fine or Both; 1 year supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

**SHAWN E MICHAELS**
*Digitally signed by SHAWN E MICHAELS*
*Date: 2025.10.30 09:43:32 -05'00'*

*Complainant's signature*

Shawn Michaels, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: October 30th, 2025

*Judge's signature*

City and state: San Antonio, Texas        Honorable Elizabeth S. Chestney, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

1. My name is Shawn Michaels, and I am a Deportation Officer with Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO"), with whom I have been employed since January 7th, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

2. On October 4, 2025, Enrique Antonio LOPEZ-Perez (hereafter to be referred to as "LOPEZ"), was encountered at the Bexar County Jail in San Antonio, in the Western District of Texas, after he was arrested for Assault Causes Bodily Injury to a Family Member. ICE/ERO officers conducted immigration history and criminal history inquiries which determined LOPEZ to be an alien illegally present within the United States and who had been previously removed from the United States. An immigration detainer was lodged against LOPEZ. On October 30th, 2025, LOPEZ was released from the Bexar County Jail and transported to the ICE/ERO San Antonio office for processing.

3. At the ICE/ERO office, LOPEZ's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases revealed that LOPEZ is a citizen and national of Mexico with assigned Alien Registration Number A-XXX-XXX-671. A review of A-XXX-XXX-671 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that LOPEZ is an alien who was previously removed three times from the United States to Mexico on or about November 21st, 2008, and on or about April 18th, 2014, and on or about October 28th, 2015.

4. A review of LOPEZ's criminal history revealed that April 17, 2014, he was convicted of illegal reentry, 8 U.S.C. 1326(a), in U.S. District Court in San Antonio, Texas and sentenced to Time Served (2 months and 29 days).

5. Immigration databases revealed that LOPEZ has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after his removals.

6. On October 30th, 2025, LOPEZ was informed of his right to a consular notification and was provided an opportunity to call the Consulate General of Mexico upon his arrest. On

October 30th, 2025, the Consulate General of Mexico was notified of LOPEZ's arrest. An immigration detainer will be filed with the U.S. Marshal's Service on October 30th, 2025.

Respectfully submitted,

SHAWN E MICHAELS
Digitally signed by SHAWN E MICHAELS
Date: 2025.10.30 09:44:39 -05'00'

Shawn Michaels,
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn telephonically to me on this __30th__ day of October, 2025.

HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE